AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

SAMUEL LYN-SHUE,

*Plaintiff(s)*

v.

FOOD BANK FOR NEW YORK CITY, MUHAMMAD TALHA, and NEVEEN KHALIL,

*Defendant(s)*

Civil Action No. 1:26-cv-9133

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Emanuel Kataev, Esq. Sage Legal LLC
18211 Jamaica Avenue,
Jamaica, NY 11423-2327
(718) 412-2421 (office),
emanuel@sagelegal.nyc

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2026

Tammi M. Hellwig

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-9133

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* NEVEEN KHALIL was received by me on *(date)* ____________________.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NEVEEN KHALIL, who is designated by law to accept service of process on behalf of *(name of organization)* NEVEEN KHALIL on *(date)* Wed, Oct 28 2026 ; or

☐ I returned the summons unexecuted because: ____________________; or

☐ Other: ____________________; or

My fees are $ ____________________ for travel and $ ____________________ for services, for a total of $ ____________________.

I declare under penalty of perjury that this information is true.

Date: 10.28.2026

Davon Duke

*Server's signature*

Davon Duke

*Printed name and title*

Medley Serves & Investigations 200 E. Broadway Ste 410
Maryville, TN 37804

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 28, 2026, 11:23 am EDT at 355 Food Center Driv, Bronx, NY 10474 received by NEVEEN KHALIL. Age: 35; Ethnicity: Middle Eastern; Gender: Female; Weight: 140; Height: 5'4"; Hair: Brown; Eyes: Brown;
Non mil