UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SAMUEL LYN-SHUE,

Plaintiff,

- against -

FOOD BANK FOR NEW YORK CITY, MUHAMMAD TALHA, and NEVEEN KHALIL,

Defendants.
--------------------------------------------------------------X

Case No. 26-cv-09133 (JSR)

**NOTICE OF APPEARANCE**

To: Clerk of Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants, Food Bank for New York City and Neveen Khalil. I certify that I am admitted to practice before this Court.

Dated: November 12, 2026

HALPERN & SCROM LAW, PLLC

By: s/ Peter G. Goodman
Peter G. Goodman
6900 Jericho Tpke, Ste 200
Syosset, NY 11791
(212) 386-7619
peter@goodmanpllc.com

*Attorneys for Defendants Food Bank for New York City and Neveen Khalil*

TO: SAGE LEGAL LLC
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff Samuel Lyn-Shue*